# MEMORANDUM DECISIONS

**1**

CITY OF DALLAS, Plaintiff in Error, v. TEXAS EMPLOYERS' INS. ASS'N, Defendant in Error. (No. 3927.) (Commission of Appeals of Texas, Section B. Oct. 22, 1924.) Error to Court of Civil Appeals of Seventh Supreme Judicial District. Dismissing writ of error to 245 S. W. 946. Allen Charlton, Asst. City Atty., and Hugh S. Grady, both of Dallas, for plaintiff in error. Homer R. Mitchell, of Dallas, and Chas. L. Black, of Austin, for defendant in error.

STAYTON, J. The defendant in error shows by sworn motion that it has paid to plaintiff in error the full amount of taxes, interest, penalties, etc., involved in the suit against it, and has either paid or is ready to pay all of the costs of court. The plaintiff in error has not contested the motion. Upon the authority of Padgitt v. Young County, 111 Tex. 98, 229 S. W. 459, and Richmond et ux. v. Hog Creek Oil Co. et al. (Tex. Com. App.) 239 S. W. 904, the questions involved in the case in this court have become moot, and it should be dismissed. We therefore recommend that the writ of error be dismissed, and that the costs of the Supreme Court be adjudged against the defendant in error.

CURETON, C. J. Writ of error dismissed, in accordance with the recommendations of the Commission of Appeals.

**2**

E. G. ANDERSON v. STATE. (No. 8823.) (Court of Criminal Appeals of Texas. Oct. 22, 1924. Rehearing Denied Nov. 19, 1924.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. H. R. Bishop, of Lubbock, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft of property over the value of $50; punishment fixed at confinement in the penitentiary for a period of two years. No statement of facts is found in the record. The only bill of exceptions found in the transcript is that complaining of the action of the trial court in sustaining the state's objection to appellant's question to one of the jurymen on his voir dire. The state's attorney before this court objects to the consideration of this bill, for the reason that it was not filed within the time prescribed by law. In the absence of the facts, this court must presume that the evidence is sufficient to support the verdict. The judgment is affirmed.

**3**

Willie BANKS v. STATE. (No. 8796.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge.

Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for theft; punishment fixed at confinement in the penitentiary for a period of two years. No statement of facts accompanies the record. No irregularity in the procedure has been pointed out by bill of exceptions, or perceived by this court. The judgment is affirmed.

**4**

Clarence BAYLESS v. STATE. (No. 8793.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in criminal district court No. 2 of Dallas county of the offense of robbery, and his punishment fixed at 25 years in the penitentiary. The record is before us without any statement of facts or bills of exception. We have examined the indictment, and find it to be in conformity with law, as is also the charge of the court. No error appearing, an affirmance will be ordered.

**5**

Sebastian BENNETT v. STATE. (No. 8790.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years. No notice of appeal is shown by the record. Such notice is essential to invoke the jurisdiction of this court. Article 915, Code Cr. Proc. The appeal is dismissed.

**6**

Sebastian BENNETT v. STATE. (No. 8791.) (Court of Criminal Appeals of Texas. Oct. 15, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for burglary, with punishment assessed at two years in the penitentiary. No statement of facts nor bills of exception accompany the record. The indictment is regular, and the charge of the court applicable to facts provable under the charge.